# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-02315-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 25, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | William Earl Moench<br>Sean William Ratliff |
| Plaintiff, | |
| v. | |
| THE PICTURE PEOPLE, INC., | Merrily S. Archer |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTION HEARING
**Court in session:** 3:31 p.m.
Court calls case. Appearances of counsel. *Also present is Lauren Hasselbacher (intern for the EEOC).*

Discussion and arguments regarding EEOC's Motion for Protective Order Precluding the Deposition of Todd Chavez, doc #[21], filed 5/14/2010.

The court cites relevant case law.

Discussion regarding Rule 30(b)(6) depositions. The court states it is open to the possibility of a Rule 30(b)(6) deposition, however, before it will allow a Rule 30(b)(6) deposition, counsel are required to explore some of these areas under Rule 34 and Rule 33.

The court states it is holding both sides to full compliance with the certification requirements under Rule 26(g).

**ORDERED:** Defendant shall propound interrogatories and serve them this week. Defendant may serve a Rule 30(b)(6) notice after the discovery responses are received. Within 24 hours of receiving the Rule 30(b)(6) notice, Plaintiff shall serve their objections on defense counsel. Within 24 hours of serving the objections, counsel shall contact chambers to set a hearing to resolve the objections. Briefing on the objections will not be allowed.

For the reasons as stated on the record, it is:

**ORDERED:** EEOC's Motion for Protective Order Precluding the Deposition of Todd Chavez, doc #[21], is **GRANTED, without prejudice** to The Picture People Inc.'s right to seek further relief, depending on the results of the discovery process.

Discussion regarding Unopposed Motion to Modify the Scheduling Order to Extend Deadlines for Expert Disclosure, doc #[24], filed 5/19/2010.

**ORDERED:** Unopposed Motion to Modify the Scheduling Order to Extend Deadlines for Expert Disclosure, doc #[24] is **GRANTED**.  The deadline for designating affirmative experts is extended to **JUNE 1, 2010.**  The deadline for designating rebuttal experts is extended to **JULY 2, 2010.**

Discussion regarding a settlement conference.  The court will not set a settlement conference at this time.

HEARING CONCLUDED.

**Court in recess**:      **5:08 p.m.**
Total time in court:    01:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.