

Professional Sign Language Interpreting, Inc.   

P.O. Box 33557
Northglenn, CO 80233-0557
303-920-7330
303-920-7335 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 11/12/2007 | 1011714001 |

| Bill To |
|---|
| Vocational Rehabilitation<br>11990 Grant Street<br>Suite 201 Attn: Barb Bryant<br>Northglenn CO 80233 |

| Deaf Consumer: |
|---|
| Consumer: Jessica Chrysler<br>Requester: Barb Bryant |

RECEIVED

DEC 0 6 2007

| P.O. No. | Terms | Due Date |
|---|---|---|
|  | Due Upon Receipt | 11/12/2007 |

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Interpreting Servic... | Interpreting Service: 11/12/07 - Normal - Cheryl Miller | 6 | 55.00 | 330.00 |
| Interpreting Servic... | Interpreting Service: 11/12/07 - Normal - Richard Blankis | 6 | 55.00 | 330.00 |
| Drive Time | Interpreting Service: 11/12/07 - Normal - Cheryl Miller | 0.5 | 55.00 | 27.50 |
| Drive Time | Interpreting Service: 11/12/07 - Normal - Richard Blankis | 0.5 | 55.00 | 27.50 |
| Gasoline Surcharge |  |  |  | 3.50 |

OK TO PAY – Cancel Bal
OK TO PAY – Incr to Inv Amt
OK TO PAY – Partial Pymt
DOCUM VERIFIED: _____
APPROVAL /ms  DATE: 12-11-07

| Total | $718.50 |
|---|---|

Thank you for your business!

Please note: finance charges of 15% APR will be assessed on invoices
30 days past due date (minimum $5 finance charge).

EEOC-DVR 00218



Professional Sign Language Interpreting, Inc.  

P.O. Box 33557
Northglenn, CO 80233-0557
303-920-7330
303-920-7335 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 11/15/2007 | 1011714002 |

RECEIVED
DEC 0 ...

| Bill To |
|---|
| Vocational Rehabilitation<br>11990 Grant Street<br>Suite 201 Attn: Barb Bryant<br>Northglenn CO 80233 |

| Deaf Consumer: |
|---|
| Consumer: Jessica Chrysler<br>Requester: Barb Bryant |

| P.O. No. | Terms | Due Date |
|---|---|---|
|  | Due Upon Receipt | 11/15/2007 |

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Drive Time | Interpreting Service: 11/15/07 - Normal - Cheryl Miller | 0.5 | 55.00 | 27.50 |
| Interpreting Servic... | Interpreting Service: 11/15/07 - Normal - Melinda Hess | 5 | 55.00 | 275.00 |
| Premium Interpret... | Interpreting Service: 11/15/07 - After Hours - Melinda Hess | 2 | 82.50 | 165.00 |
| Interpreting Servic... | Interpreting Service: 11/15/07 - Normal - Cheryl Miller | 3 | 55.00 | 165.00 |
| Interpreting Servic... | Interpreting Service: 11/15/07 - Normal - Natalie Nissing | 2 | 55.00 | 110.00 |
| Premium Interpret... | Interpreting Service: 11/15/07 - After Hours - Natalie Nissing | 2 | 82.50 | 165.00 |
| Drive Time | Interpreting Service: 11/15/07 - Normal - Melinda Hess | 0.5 | 55.00 | 27.50 |
| Gasoline Surcharge |  |  | 3.50 | 3.50 |

OK TO PAY – Cancel Bal
OK TO PAY – Incr to Inv Amt
OK TO PAY – Partial Pymt
DOCUM VERIFIED:
APPROVAL: /BB/ DATE: 12-4-07

RECEIVED
DEC 0 ...

| | Total | $938.50 |
|---|---|---|

Thank you for your business!

Please note: finance charges of 15% APR will be assessed on invoices
30 days past due date (minimum $5 finance charge).

EEOC-DVR 00219



Professional Sign Language Interpreting, Inc. 

P.O. Box 33557
Northglenn, CO 80233-0557
303-920-7330
303-920-7335 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 11/16/2007 | 1011714003 |

| Bill To | Deaf Consumer: |
|---|---|
| Vocational Rehabilitation<br>11990 Grant Street<br>Suite 201 Attn: Barb Bryant<br>Northglenn CO 80233 | Consumer: Jessica Chrysler<br>Requester: Barb Bryant |

RECEIVED

| P.O. No. | Terms | Due Date |
|---|---|---|
|  | Due Upon Receipt | 11/16/2007 |

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Interpreting Servic... | Interpreting Service: 11/16/07 - Normal - Melinda Hess | 5 | 55.00 | 275.00 |
| Premium Interpret... | Interpreting Service: 11/16/07 - After Hours - Melinda Hess | 2 | 82.50 | 165.00 |
| Interpreting Servic... | Interpreting Service: 11/16/07 - Normal - Leslie Blankis | 5 | 55.00 | 275.00 |
| Premium Interpret... | Interpreting Service: 11/16/07 - After Hours - Leslie Blankis | 2 | 82.50 | 165.00 |
| Drive Time | Interpreting Service: 11/16/07 - Normal - Melinda Hess | 0.5 | 55.00 | 27.50 |
| Drive Time | Interpreting Service: 11/16/07 - Normal - Leslie Blankis | 0.5 | 55.00 | 27.50 |
| Gasoline Surcharge |  |  | 3.50 | 3.50 |

OK TO PAY – Cancel Bal
OK TO PAY – Incr to Inv Amt
OK TO PAY – Partial Pymt
DOCUM VERIFIED:
APPROVAL: /mb DATE: 12-1-7

**Total** $938.50

Thank you for your business!

Please note: finance charges of 15% APR will be assessed on invoices 30 days past due date (minimum $5 finance charge).