**MERRILL CORPORATION**

LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17134508 | 07/28/2010 | 1705-303388 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/14/2010 | LDA | |
| CASE CAPTION ||| 
| EEOC vs. The Picture People ||| 
| TERMS ||| 
| Immediate, sold FOB Merrill facility ||| 

Marrily S. Archer
Fisher & Phillips, LLP
1999 Broadway
Suite 3300
Denver, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Candi Bryan                191 Pages @     1.39/Page         265.49
         Process/Delivery                                         14.00
                                                                -------
                        TOTAL   DUE   >>>>                       279.49

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Case Rates Apply
Dallas, TX
```

TAX ID NO.: 20-2665382                                  (303) 218-3650

*Please detach bottom portion and return with payment.*

Marrily S. Archer
Fisher & Phillips, LLP
1999 Broadway
Suite 3300
Denver, CO 80202

Invoice No.: 17134508
Date       : 07/28/2010
**TOTAL DUE** :   279.49

Job No.  : 1705-303388
Case No. :
EEOC vs. The Picture People

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

**MERRILL CORPORATION**

LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17134512 | 07/28/2010 | 1705-303391 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/16/2010 | LDA | |

| CASE CAPTION |
|---|
| EEOC vs. The Picture People |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Marrily S. Archer
Fisher & Phillips, LLP
1999 Broadway
Suite 3300
Denver, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jeff Rawlings                    72 Pages @        1.39/Page         100.08
        Process/Delivery                                                   11.40

                                       TOTAL   DUE   >>>>                 111.48

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Case Rates Apply
Dallas, TX
```

TAX ID NO.: 20-2665382                                          (303) 218-3650

*Please detach bottom portion and return with payment.*

Marrily S. Archer
Fisher & Phillips, LLP
1999 Broadway
Suite 3300
Denver, CO 80202

Invoice No. : 17134512
Date        : 07/28/2010
**TOTAL DUE** :      111.48

Job No.  : 1705-303391
Case No. :
EEOC vs. The Picture People

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

**MERRILL CORPORATION**

LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17134510 | 07/28/2010 | 1705-303389 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/15/2010 | LDA | |

| CASE CAPTION |
|---|
| EEOC vs. The Picture People |
| TERMS |
| Immediate, sold FOB Merrill facility |

Marrily S. Archer
Fisher & Phillips, LLP
1999 Broadway
Suite 3300
Denver, CO 80202

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>  Libby Johnston | 133 Pages @ | 1.39/Page | 184.87 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>  James McGrail | 115 Pages @ | 1.39/Page | 159.85 |
| Process/Delivery | | | 14.00 |
| | TOTAL DUE >>>> | | 358.72 |

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Case Rates Apply
Dallas, TX

TAX ID NO.: 20-2665382            (303) 218-3650

*Please detach bottom portion and return with payment.*

Marrily S. Archer
Fisher & Phillips, LLP
1999 Broadway
Suite 3300
Denver, CO 80202

Invoice No. : 17134510
Date        : 07/28/2010
**TOTAL DUE** :    358.72

Job No.   : 1705-303389
Case No.  :
EEOC vs. The Picture People

Remit To:  LegaLink, Inc.
           File 70206
           Los Angeles, CA 90074-0206

Hulac Court Reporting, LLC
125 Bellaire Street
Denver, Colorado 80220-5632
303.331.0131 w, 303.331.9898 f, 303.887.0131 c
hulaccourtreport@qwestoffice.net
EIN No. 75-3092818

AUG 1 7 2010

August 16, 2010

Merrily Archer, Esq.
Fisher & Phillips, LLP
1999 Broadway, Suite 3300
Denver, Colorado 80202

Re: EEOC V. Picture People
Civil Action No. 09-cv-02315-PAB-CBS

July 23, 2010
DEPOSITION OF MELISSA KROL
| | |
|---|---:|
| Original, mini, E-Tran (66 pgs) | 237.60 |
| DEPOSITION OF MATTHEW KROL | 183.60 |
| Appearance/notary fee (1/2 day) | 50.00 |
| Delivery/handling | 15.00 |
| TOTAL | $486.20 |

Reporter: Kathy Richmond
Enclose a copy of this invoice with remittance.

Hulac Court Reporting, LLC
125 Bellaire Street
Denver, Colorado 80220-5632
303.331.0131 w, 303.331.9898 f, 303.887.0131 c
hulaccourtreport@qwestoffice.net
EIN No. 75-3092818

June 14, 2010

Merrily Archer, Esq.
Fisher & Phillips, LLP
1999 Broadway, Suite 3300
Denver, Colorado 80202
marcher@laborlawyers.com
303.297.1635   303.218.3651 fax

Re:  EEOC v. The Picture People
     Civil Action No. 09-cv-02315-PAB-CBS

May 26, 2010
DEPOSITION OF ARNOLDO AGUILAR
Original, E-Tran, mini (244 pg)                              878.40
Appearance/notary fee (9-3:17)                               100.00
Delivery/handling                                             20.00

TOTAL                                                       $998.40

Reporter:  Shelly R. Lawrence
Enclose a copy of this invoice with remittance.

Hulac Court Reporting, LLC
125 Bellaire Street
Denver, Colorado 80220-5632
303.331.0131 w, 303.331.9898 f, 303.887.0131 c
hulaccourtreport@qwestoffice.net
EIN No. 75-3092818

April 26, 2010

Merrily Archer, Esq.
Fisher & Phillips, LLP
1999 Broadway, Suite 3300
Denver, Colorado 80202

Re: EEOC v. The Picture People
Civil Action No. 09-cv-0231-PAB-CBS

April 6, 2010
VIDEOTAPED DEPOSITION OF JESSICA CHRYSLER, VOL I
Original, mini, E-Tran (184 pgs)                                708.40
Appearance/notary fee (9:30-5)                                  130.00
April 13, 2010
VIDEOTAPED DEPOSITION OF JESSICA CHRYSLER, VOL II
Original, mini, E-Tran (71 pgs, 185-241)                        273.35
Appearance/notary fee (9-10:53)                                  40.00
April 13, 2010
DEPOSITION OF BARBARA BRYANT
Original, mini, E-Tran (138 pgs)                                496.80
Appearance/notary fee (1-5:17)                                   80.00
Delivery/handling                                                20.00

TOTAL                                                         $1748.55

Reporter: Kathy Richmond, 4/6; Shelly R. Lawrence, 4/13
Enclose a copy of this invoice with remittance.



*emailed to DK*

**ESQUIRE**
Esquire Solutions - Denver
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 866-0208
Fax (866) 590-3205



## Invoice # EQ181354

| Invoice Date | 08/12/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 09/11/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MERRILY ARCHER ,ESQ.
FISHER & PHILLIPS, LLP - DENVER
SUITE 3300
1999 BROADWAY
DENVER, CO 802023

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/21/2010 | EEOC vs. THE PICTURE PEOPLE | 157040 | 08/10/2010 | UPS |

**Description**

Original Deposition for MICHAEL NEWMAN, 07/21/2010 (OMAHA, NE)

*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 09/26/20** | **$ 963.96** |
| Amount Due After 09/26/2010 | $ 1,060.36 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

**ESQUIRE**
an Alexander Gallo Company

MERRILY ARCHER ,ESQ.
FISHER & PHILLIPS, LLP - DENVER
SUITE 3300
1999 BROADWAY
DENVER, CO 802023

| | |
|---|---|
| Invoice #: | EQ181354 |
| Payment Due: | 09/11/2010 |
| **Amount Due On/Before 09/26/2010** | **$ 963.96** |
| Amount Due After 09/26/2010 | $ 1,060.36 |

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

039 0000181354 08122010 1 000096396 4 09112010 09262010 2 000106036 31

| | | |
|---|---|---|
| **MERRILL CORPORATION** | | |
| LegaLink, Inc. | 20750 Ventura Boulevard<br>Suite 205<br>Woodland Hills, CA 91364<br>Phone: 818.593.2300<br>Fax: 818.593.2301 | |

AUG 02 2010

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17134505 | 07/28/2010 | 1705-303386 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/13/2010 | LDA | |
| **CASE CAPTION** | | |
| EEOC vs. The Picture People | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Marrily S. Archer
Fisher & Phillips, LLP
1999 Broadway
Suite 3300
Denver, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Wendy Duke-Ray                      102 Pages @       1.39/Page        141.78
         TotalTranscript                                                     n/c
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Wynn Alexander                      104 Pages @       1.39/Page        144.56
         TotalTranscript                                                     n/c
         Process/Delivery                                                   13.00

                                        TOTAL   DUE   >>>>                 299.34

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

Case Rates Apply
Dallas, TX
```

TAX ID NO.: 20-2665382                                       (303) 218-3650

*Please detach bottom portion and return with payment.*

Marrily S. Archer
Fisher & Phillips, LLP
1999 Broadway
Suite 3300
Denver, CO 80202

Invoice No.: 17134505
Date        : 07/28/2010
**TOTAL DUE** :    299.34

Job No.  : 1705-303386
Case No. :
EEOC vs. The Picture People

Remit To:  LegaLink, Inc.
           File 70206
           Los Angeles, CA 90074-0206

**Michael L. Newman, M.S., LPC, LMHP, D-A... E**
**Vocational Consulting Group, LLC**
13548 Discovery Drive, Suite L  Omaha, NE 68137-3003
Telephone: (402) 896-8086  Facsimile (402) 895-8857

| | |
|---|---|
| To: | Merrily S. Archer, Esq. |
| Company: | Fisher & Phillips LLP |
| | Attorneys at Law |
| | 1999 Broadway |
| | Suite 3300 |
| | Denver, CO 80202-3025 |
| | |
| Case Opened: | July 21, 2010 |
| Invoice Date: | July 23, 2010 |
| Client: | Jessica Chrysler and the EEOC v. The Picture People |
| Address: | |
| Injury Date: | N/A |
| Claim No. | N/A |
| Employer: | N/A |
| Consultant: | Michael L. Newman |
| FEIN | 26-0782187 |

| Date | Description of Service Performed | Professional | Travel | Wait | Miles | Expenses |
|---|---|---|---|---|---|---|
| 21-Jul-2010 | Copy File Charge | | | | | $41.89 |
| 21-Jul-2010 | Deposition 3.5 hrs | | | | | $667.50 |
| | | Professional | Travel | Wait | Miles | Expenses |
| | Totals for Services Performed: | | 0.0 | | 0 | $709.39 |

| | Hourly Rate: | | Totals: | |
|---|---|---|---|---|
| Professional | | | | |
| Travel | | | | $0.00 |
| Wait | | | | $0.00 |
| Rate per mile: | $0.50.5 | | Expenses: | $709.39 |

**Amount Due:**     **$709.39**

*Unpaid balance will accrue a service charge of 1.5% monthly after 8/24/2010*

*Please return one copy of this invoice with your payment. Thank you!*

**GLOBAL CONNECTIONS, LLC**
9400 E. Iliff Avenue, Suite 62
Denver, CO  80231
Phone: 303.750.7611; Fax: 303.750.7689
Tax ID #: 20-1896084

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/8/2010 | 13608 |

| BILL TO |
|---|
| Fisher and Phillips |
| 1999 Broadway, Ste. 3300 |
| Denver, CO 80202 |

| P.O. NUMBER | TERMS |
|---|---|
| Per Contract | Net 15 |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 4/6/2010 | Two certified ASL interpreters (legal) for deposition of plaintiff (Jessica Chrysler) at Fisher & Phillips, 1999 Broadway, Suite 3300, Denver CO 80202 from 9:00 am - 5:00 pm (8 hrs/interpreter x 2 interpreters = 16 hrs) | 16 | 85.00 | 1,360.00 |
| 4/6/2010 | Mileage: 48 miles + 47 miles = 95 miles | 95 | 0.39 | 37.05 |
| 4/6/2010 | Parking: $11.00 + $4.00 = $15.00 | | 15.00 | 15.00 |

**Total**  $1,412.05

**GLOBAL CONNECTIONS, LLC**
9400 E. Iliff Avenue, Suite 62
Denver, CO 80231
Phone: 303.750.7611; Fax: 303.750.7689
Tax ID #: 20-1896084

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/15/2010 | 13615 |

**BILL TO**

Fisher and Phillips
1999 Broadway, Ste. 3300
Denver, CO 80202

| P.O. NUMBER | TERMS |
|---|---|
|  | Net 15 |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 4/13/2010 | Two certified ASL interpreters (legal) for deposition of plaintiff (Jessica Chrysler) at Fisher & Phillips, 1999 Broadway, Suite 3300, Denver CO 80202 from 9:00 am - 1:00 pm (4 hrs/interpreter x 2 interpreters = 8 hrs) | 8 | 85.00 | 680.00 |
| 4/13/2010 | Mileage: 48 miles + 47 miles = 95 miles | 95 | 0.39 | 37.05 |
| 4/13/2010 | Parking: $11.00 + $4.00 = $15.00 |  | 15.00 | 15.00 |

**Total**  $732.05

Paula W. Grace, CLVS
10915 W. 85th Place
Arvada, CO 80005

# Invoice

| Date | Invoice # |
|---|---|
| 4/13/2010 | 321 |

| Bill To |
|---|
| Fisher & Phillips<br>Merrily Archer, Esq.<br>1999 Broadway, Ste 3300<br>Denver, CO  80202 |

| Terms | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| Net 30 | 5/13/2010 | 4/19/2010 | UPS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3.5 | Original Video Production (3-hr. Minimum)  Includes one DVD copy set<br>Jessica Chrysler, Vol. 2, 4/13/2010 | 100.00 | 350.00 |
| 1 | UPS | 10.00 | 10.00 |

**Total** $360.00

| Phone # | 303-425-4334 | |
|---|---|---|
| Fax # | 303-780-9808 | **Please Make Checks Payable to:**<br>**PAULA W. GRACE, CLVS** |
| E-mail | PaulaGraceCLVS@yahoo.com | |




**Copying, Scanning & Reprographics**

www.keyop.com

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| DLZ | 5/7/2010 | 53132 |

**BILL TO**

Fisher & Phillips
1999 Broadway, Suite 3300
Denver, CO 80202
303-297-1635

**SHIP TO**

Fisher & Phillips
1999 Broadway, Suite 3300
Denver, CO 80202
303-297-1635

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| 26377.0005 | Net 30 | May10-103 | Bonnie |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| Extensive Copying | 216 | 0.18 | 38.88 |
| State & City Sales Tax | | 7.72% | 3.00 |

Bonnie, thank you for choosing keyOp!

**Total** $41.88

Federal Tax ID Number: 84-1472834

**6740 E. HAMPDEN AVE.,
STE. 202
DENVER, CO 80224
303-756-5488**

**FISHER & PHILLIPS LLP**
**DENVER OFFICE ACCOUNT**
1999 Broadway Ste 3300
Denver, CO 80202

1547
64-10/610

DATE 4-16-10

PAY TO THE ORDER OF Arnoldo Aguilar    $ 59.40/xx

Fifty nine & 40/xx    DOLLARS

SUNTRUST
ACH RT 061000104

FOR witness fee / mileage  26377.0005

⑆001547⑆ ⑆061000104⑆ 100006162030⑆

# Issued by
## UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | **SUBPOENA DUCES TECUM** |
| Plaintiff, | Case No.: 09-CV-02315-PAB-CBS |
| v. | |
| THE PICTURE PEOPLE, INC. | |
| Defendant. | |

TO: **Arnoldo Aguilar**
**16603 East Napa Place**
**Aurora, CO 80013**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **FISHER & PHILLIPS LLP, 1999 Broadway, Suite 3300, Denver, CO 80202** | May 26, 2010 @ 9:00 o'clock am |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See attached Exhibit A**

| PLACE: | DATE AND TIME: |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | April 15, 2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Merrily Archer, Esq., MSW, Fisher & Phillips LLP, 1999 Broadway, Suite 3300, Denver, CO 80202 (303) 218-3650**

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

# EXHIBIT A

You are hereby subpoenaed to provide a complete copy of the following documents:

1.  Any written communications (eg., text messages, emails, any written transcription of oral communications or translated oral communications) between Jessica Chrysler and you.