**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02315-PAB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

THE PICTURE PEOPLE, INC,

    Defendant.
_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Motion for Stay of Costs Pending Appeal [Docket No. 55]. Plaintiff seeks a stay of the costs taxed by the clerk [Docket No. 54] pursuant to Fed. R. Civ. P. 62(e). Fed. R. Civ. P. 62(e) allows for a stay without bond pending an appeal by the United States, its officers or agencies. However, plaintiff has not yet filed a notice of appeal, and instead seeks a stay "until the appeal is resolved, or the time for filing an appeal has expired." *See* Docket No. 55 at 1. Rule 62(e) only allows for a stay after the United States has actually appealed. Accordingly, it is

    **ORDERED** that EEOC's Motion for Stay of Costs Pending Appeal [Docket No. 55] is **DENIED**.

    Dated June 3, 2011.